IN THE SUPREME COURT OF TEXAS

 No. 11-0350

 IN RE GECU

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for stay, filed May 13, 2011, is
granted. The trial court's Order on Petition to Perpetuate Testimony dated
April 14, 2011, in Cause No. 2011-846, styled In re Petition of Sarah E.
Newman Altamirano to Perpetuate the Testimony of GECU, in the 120th
District Court of El Paso County, Texas, is stayed pending further order of
this Court.
 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before 3:00 p.m., May 23, 2011.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this May 16, 2011.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk